Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of brass water mixers similar in all material respects to those the subject of *Davies, Turner & Company* v. *United States* (47 C.C.P.A. 129, C.A.D. 744), the claim of the plaintiffs was sustained.

No. 65184.—Baar & Beards, Inc., et al. *v.* United States, protests 228782–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of scarves similar in all material respects to those the subject of Abstract 61833, the claim of the plaintiffs was sustained.

No. 65185.—Hensel, Bruckmann & Lorbacher, Inc., et al. *v.* United States, protests 256972–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of pile ribbons made of synthetic textile similar in use to pile ribbons, wholly or in chief value of silk, and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D.. 727), the claim of the plaintiffs was sustained.

No. 65186.—Pivar Goodman Corp. *v.* United States, protests 320288–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of pile ribbons made of synthetic textile similar in use to pile ribbons, wholly or in chief value of silk, and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.